AKERS v. STATE. (No. 10828.)

Court of Criminal Appeals of Texas. March 30, 1927.

1. Criminal law ⊙⟲1097(5)—Instructions not reviewable in absence of statement of facts.

In the absence of statement of facts, appellate court will not pass on exceptions to charge of lower court since soundness of such objections depends upon facts.

Appeal from Criminal District Court, Dallas County; C. A. Pippen, Judge.

I. Madison Akers was convicted of robbery, and he appeals. Affirmed.

Ike B. Cantrell, of Dallas, for appellant.

Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction of robbery; punishment, 35 years in the penitentiary.

The record is before us without any statement of facts or bills of exception. The indictment charges, in proper form, robbery with a firearm. Appellant sought a continuance, but the refusal of same is not complained of. Two special charges were asked and refused, but no exception seems to have been taken to the action of the court, and, in the absence of statement of facts, it would be impossible for us to appraise the correctness of such requested instructions.

There are a number of exceptions to the charge of the court, the soundness of which objections would depend upon the facts in testimony, and, in the absence of statement of facts, we cannot pass on such exceptions.

Finding no error in the record, the judgment will be affirmed.